UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------------X

GRACIELA BRETSCHNEIDER DONCOUSE,

                Plaintiff,

        -v-                                19-CV-8358 (JMF)

INVITE HEALTH AT 86TH STREET, INC. et al.,      ORDER

                Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties failed to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order by December 12, 2019, as required by the Court's prior Order at ECF No. 5. The parties shall confer and file the required materials no later than **noon** on **December 17, 2019**, or face possible sanctions.

      The initial pretrial conference scheduled for **December 19, 2019**, remains in place. Among other things, the parties should be prepared to address why they failed to conduct a mediation as required by the Court's prior Orders. *See* ECF Nos. 6, 10, 14. In addition, Defendant Ornstein 215-217 E. 86 LLC should be prepared to address why it failed to answer or otherwise respond to the Complaint by the extended deadline of December 5, 2019. *See* ECF No. 14.

      SO ORDERED.

Dated: December 16, 2019
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge